# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                               No. 4:19-cr-00346-JM-01

TERRY LEWIS                                                                DEFENDANT

## **ORDER**

      The motion filed by the United States to dismiss the information against Terry Lewis in this matter is GRANTED. (Doc. No. 3) The information in the above referenced case is dismissed without prejudice and the warrant recalled.

      IT IS SO ORDERED this 5th day of June, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE